UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00308-MOC-DLH

| | |
|---|---|
| **PRISCILLA ANN HARRIS,** | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on the Memorandum and Recommendation recommending remand to the Commissioner based on a consent Motion to Remand (#13). Having considered such Recommendation and motion and no objections having been filed in the time allowed, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the consent Motion to Remand (#13) is ALLOWED, the Motion for Summary Judgment (#11) is termed as MOOT, the final decision of the Commissioner is REVERSED and this matter is REMANDED to the Commissioner for further proceedings consistent with this Order, all in accordance with Sentence Four of Section 405(g).

Signed: January 16, 2015

Max O. Cogburn Jr.
United States District Judge