# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Priscilla Ann Harris, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00308-MOC-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 16, 2015 Order.

January 16, 2015

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court